**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     **06/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Provizor Federal, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  OMV Medical** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **52-1525316** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**6700 Alexander Bell Drive, Suite 200**<br>**Columbia, MD 21046**<br>Number, Street, City, State & ZIP Code<br><br>**Howard**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **provizorfederal.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Provizor Federal, Inc.**                                      Case number (*if known*) _____
Name

**7.    Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____**5613**_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

Debtor    **Provizor Federal, Inc.**                                    Case number (*if known*) _____
          Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**  .

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor    **Provizor Federal, Inc.**                          Case number (*if known*) _____
_____
Name

☐ $50,001 - $100,000              ■ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor   **Provizor Federal, Inc.** _____   Case number (*if known*) _____
Name

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 25, 2024**
MM / DD / YYYY

**X** **/s/ Marilon Green-Hickson** _____        **Marilon Green-Hickson**
Signature of authorized representative of debtor               Printed name

Title   **President/CEO**

**18. Signature of attorney**

**X** **/s/ Kevin G. Hroblak** _____        Date   **February 25, 2024**
Signature of attorney for debtor                                      MM / DD / YYYY

**Kevin G. Hroblak**
Printed name

**Ice Miller LLP**
Firm name

**100 Light St**
**Suite 1350**
**Baltimore, MD 21202**
Number, Street, City, State & ZIP Code

Contact phone   **(410) 951-5874**        Email address   **Kevin.Hroblak@icemiller.com**

**26180 MD**
Bar number and State

## RESOLUTIONS ADOPTED BY UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF PROVIZOR FEDERAL, INC.

THE UNDERSIGNED, being all the members of the Board of Directors (the "Board") of Provizor Federal, Inc. ("Provizor"), hereby adopt and approve the following resolutions, to be effective as of February 25, 2024:

WHEREAS, the undersigned have reviewed and considered the interests of Provizor and have reviewed and considered information presented to the undersigned that the undersigned believe necessary to evaluate and reach an informed decision in connection with Provizor filing a voluntary petition in the United States Bankruptcy Court for the District of Maryland (the "Bankruptcy Court") pursuant to chapter 11 ("Chapter 11") of title 11 of the United States Code (the "Bankruptcy Code").

NOW, THEREFORE, BE IT RESOLVED: After consultations with counsel and management, the Board deems that it is desirable and in the best interests of Provizor, its creditors, and other interested parties, that a petition be filed by Provizor seeking relief under the provisions of Chapter 11 of the Bankruptcy Code;

BE IT FURTHER RESOLVED: The undersigned each hereby authorize and approve Provizor's filing of a voluntary petition for relief under Chapter 11 in the Bankruptcy Court.

BE IT FURTHER RESOLVED: That any Director (each, an "Authorized Person") is each hereby authorized and directed to execute and file on behalf of Provizor the voluntary petition for relief under Chapter 11 in the Bankruptcy Court, and each Authorized Person is designated as a natural person responsible for carrying out the duties of the debtor and debtor-in-possession, including, but not limited to, executing and filing all petitions, schedules, lists, applications, motions, papers, pleadings and paperwork required to effectuate the reorganization in the Chapter 11 proceeding and taking all actions incidental thereto.

BE IT FURTHER RESOLVED: That the execution of any document or instrument by any Authorized Person, on behalf of Provizor, pursuant to the foregoing resolutions shall be conclusive evidence that such action has been authorized and approved by Provizor.

BE IT FURTHER RESOLVED: That any Authorized Person be, and hereby is, authorized and directed to employ the law firm of Ice Miller LLP to represent Provizor in the above-referenced Chapter 11 bankruptcy case, to represent and assist Provizor in carrying out its duties under the Bankruptcy Code and in the Chapter 11 Case, and to take any and all actions to advance Provizor's rights and obligations, including filing any pleadings; and in connection with the foregoing, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Ice Miller LLP.

4869-3646-5059.1

BE IT FURTHER RESOLVED: That any Authorized Person be, and hereby is, authorized to employ the law firm of Sheppard, Mullin, Richter & Hampton LLP to serve as special legal counsel to Provizor in the above-referenced Chapter 11 bankruptcy case if deemed appropriate to do so, to continue its representation and assist Provizor in carrying out its duties in the Chapter 11 Case, and to take any and all actions to advance Provizor's rights and obligations, including in connection with Provizor's rights and obligations under government contracts and with any subcontractor, the Authorized Officer, with power of delegation, is hereby authorized to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Sheppard, Mullin, Richter & Hampton LLP.

BE IT FURTHER RESOLVED: That any Authorized Person be, and hereby is, authorized and directed to employ SC&H Group, Inc. as the financial advisor to Provizor in the above-referenced Chapter 11 bankruptcy case, to represent and assist Provizor in carrying out its duties under the Bankruptcy Code and in the Chapter 11 Case, and to take any and all actions to advance Provizor's rights and obligations, including filing any pleadings; and in connection with the foregoing, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of SC&H Group, Inc.

BE IT FURTHER RESOLVED: That any Authorized Person be, and hereby is, authorized and directed to employ any other professionals necessary to represent Provizor in the above-referenced Chapter 11 bankruptcy case, to represent and assist Provizor in carrying out its duties under the Bankruptcy Code and in the Chapter 11 Case, and to take any and all actions to advance Provizor's rights and obligations, including filing any pleadings; and in connection with the foregoing, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services such professionals;

BE IT FURTHER RESOLVED. That any Authorized Person be, and hereby is, authorized and empowered to take all actions, or to not take any action in the name of and on behalf of Provizor, with respect to the transactions contemplated by these resolutions, as the Authorized Person shall deem necessary or desirable in the Authorized Person's reasonable business judgment, as may be necessary or convenient to effectuate the purposes of the transactions contemplated in these resolutions.

IN WITNESS WHEREOF, the undersigned, being all the members of the Board of Directors of Provizor Federal, Inc., have executed these resolutions to be effective as of the date set forth above.

**[SIGNATURES ON NEXT PAGE]**

4869-3646-5059.1

**Directors:**

_____
Lamar Barnes, Chairman

_____
Lonnie Chestnut, Corporate Secretary

4869-3646-5059.1

Fill in this information to identify the case:

Debtor name   **Provizor Federal, Inc.**

United States Bankruptcy Court for the:   **DISTRICT OF MARYLAND**

Case number (if known): _____

☐ Check if this is an
   amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ADP 5680 New Northside Dr Atlanta, GA 30328** | | **Professional services** | | | | $6,600.00 |
| **Akerman LLP PO Box 4906 Orlando, FL 32802** | **Jonathan Beckham** **jonathan.beckham @akerman.com 407-254-2305** | **Professional services** | | | | $8,657.00 |
| **American Express PO Box 1270 Newark, NJ 07101** | | **Credit card** | | | | $37,326.00 |
| **Arc Consulting Group LLC 9210 Fox Stream Way Upper Marlboro, MD 20772** | **J. Reaves** **jreaves21@gmail.c om 240-988-3071** | **Professional services** | | | | $46,047.49 |
| **Arnold & Porter Kaye Scholer LLP PO Box 719451 Philadelphia, PA 19171-9451** | **invoice@arnoldpor ter.com 202-942-5722** | **Professional services** | | | | $23,908.15 |
| **CareFirst BlueChoice PO Box 70250 Philadelphia, PA 19176-0250** | **Lisa Miller** **lisa.miller@carefirs t.com 202-479-8000** | **Insurance** | | | | $16,000.00 |
| **Dell Financial Services PO Box 5292 Carol Stream, IL 60197-5292** | **dfs.dell.com 800-456-3355** | **Trade debt** | | | | $1,152.16 |
| **First Insurance Funding PO Box 7000 Carol Stream, IL 60197-7000** | **cs@firstinsurancef unding.com 800-837-2511** | **Insurance** | | | | $5,915.45 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

Debtor **Provizor Federal, Inc.**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Impel Capital Management LLC 7500 Montpeller Rd Ste 105 Unit 109 Laurel, MD 20723 | lonnie@impel.capital 803-261-3754 | Professional services | | | | $31,265.00 |
| JBS & Company LLC 101 Log Canoe Cir Ste D Stevensville, MD 21666 | Z McMahan zmcmahan@jbs-cpa.com 410-956-6902 | Professional services | | | | $650.00 |
| Loyal Source 12612 Challenger Pkwy #365 Orlando, FL 32826 | billing@loyalsource.com | Trade debt | Disputed | $12,628,925.00 | Unknown | Unknown |
| Owia Technology 1101 Connecticut Ave #450 Washington, DC 20036 | rhonda@owiatech.com 571-499-4349 | Trade debt | | | | $2,442.35 |
| Penan & Scott 1451 Rockville Pike Ste 400 Rockville, MD 20852 | | 401(k) Audit | | | | $0.00 |
| Relias LLC PO Box 74008620 Chicago, IL 60674-8620 | ar@relias.com 919-655-7934 | Trade debt | | | | $2,872.11 |
| Ronda B Esaw Esq 1802 Vernon St NW Washington, DC 20009 | Ronda Esaw ronda@esawlaw.com 703-624-3258 | Professional services | | | | $2,800.00 |
| Sheppard Mullin Richter & Hampton LLP 333 S Hope St 43rd Fl Los Angeles, CA 90071 | armbx@sheppardmullin.com 323-448-8500 | Professional services | | | | $253,216.97 |
| Smart Pay Solutions - Workers Comp 470 James St Ste 007 New Haven, CT 06513 | support@smartpayllc.com 877-905-0786 | Professional services | | | | $2,591.01 |
| The Hartford PO Box 783690 Philadelphia, PA 19178-3690 | gb.premium@thehartford.com 800-637-6444 | Insurance | | | | $6,336.80 |

Debtor   **Provizor Federal, Inc.**                                    Case number *(if known)* _____
              Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **XTIVIA Inc**<br>**2035 Lincoln Hwy**<br>**#1010**<br>**Edison, NJ 08817** | **accountsreceivable**<br>**@xtivia.com**<br>**732-248-9399** | **Trade debt** | | | | **$4,958.50** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

In re:

**PROVIZOR FEDERAL, INC.,**

      Debtor.

**Chapter 11**

Case No. 24-_____

## VERIFICATION OF CREDITOR MATRIX

Pursuant to Local Bankruptcy Rule 1007-1(d), the above-captioned debtor hereby verifies

that the attached list of creditors is true and correct to the best of its knowledge information and

belief.

Dated: February 25, 2024           PROVIZOR FEDERAL, INC.

                          */s/ Marilon Green-Hickson*
                          **By: Marilon Green-Hickson**
                          **President/CEO**

4854-2725-7508.1

ADP
5680 New Northside Dr
Atlanta, GA 30328


Akerman LLP
PO Box 4906
Orlando, FL 32802


American Express
PO Box 1270
Newark, NJ 07101


Arc Consulting Group LLC
9210 Fox Stream Way
Upper Marlboro, MD 20772


Arnold & Porter Kaye Scholer LLP
PO Box 719451
Philadelphia, PA 19171-9451


CareFirst BlueChoice
PO Box 70250
Philadelphia, PA 19176-0250


Dell Financial Services
PO Box 5292
Carol Stream, IL 60197-5292


First Insurance Funding
PO Box 7000
Carol Stream, IL 60197-7000


Impel Capital Management LLC
7500 Montpeller Rd  Ste 105
Unit 109
Laurel, MD 20723

JBS & Company LLC
101 Log Canoe Cir  Ste D
Stevensville, MD 21666


Loyal Source
12612 Challenger Pkwy #365
Orlando, FL 32826


Owia Technology
1101 Connecticut Ave  #450
Washington, DC 20036


Penan & Scott
1451 Rockville Pike  Ste 400
Rockville, MD 20852


Relias LLC
PO Box 74008620
Chicago, IL 60674-8620


Ronda B Esaw Esq
1802 Vernon St NW
Washington, DC 20009


Sheppard Mullin Richter & Hampton LLP
333 S Hope St  43rd Fl
Los Angeles, CA 90071


Smart Pay Solutions - Workers Comp
470 James St  Ste 007
New Haven, CT 06513


The Hartford
PO Box 783690
Philadelphia, PA 19178-3690

XTIVIA Inc
2035 Lincoln Hwy  #1010
Edison, NJ 08817

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **PROVIZOR FEDERAL, INC.,** | **Case No. 24-_____** |
| **Debtor.** | |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO
BANKRUPTCY RULES 1007(A)(1) AND 7007.1**

Provizor Federal, Inc., the debtor and debtor in possession in the above-captioned case (the "Debtor"), files this Corporate Ownership Statement pursuant to Rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and states that OMV Holdings, LLC is the 100% owner of all 340 shares of outstanding common stock of Provizor Federal, Inc., and that no other corporation or entity owns 10% or more of any class of Provizor Federal, Inc's equity.

Dated: February 25, 2024                                 PROVIZOR FEDERAL, INC.

                                                                          */s/ Marilon Green-Hickson*
                                                                          **By: Marilon Green-Hickson
                                                                          President/CEO**

4854-2725-7508.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PROVIZOR FEDERAL, INC.,** | **Case No. 24-_____** |
| **Debtor.** | |

## NOTICE OF APPLICATION OF COMPLEX CHAPTER 11 CASE PROCEDURES

The Complex Chapter 11 Case Procedures established by Administrative Order 21-03 shall apply to the above-captioned case for the following reasons:

I.      Mandatory application of Complex Chapter 11 Case Procedures (Check all that apply):

   **X**   The debtor, including affiliates, if any, has liabilities of at least $10 million (US).

   ☐   More than fifty (50) creditors, including affiliates, are listed in the debtor's schedules.

   ☐   A portion of the debt or equity securities of the debtor or any one of the affiliated debtors is publicly traded.

II.      Voluntary election to proceed under Complex Chapter 11 Case Procedures:

   ☐   The debtor does not satisfy any of the three (3) criteria set forth in Section I herein, but nevertheless elects to proceed under the Complex Chapter 11 Case Procedures.

[REMAINDER OF PAGE LEFT BLANK]

Dated: February 25, 2024

Respectfully submitted,

*/s/ Kevin G. Hroblak*
Kevin G. Hroblak (Bar No. 26180)
Aaron L. Casagrande (Bar No. 28518)
Michael P. Collins, Jr. (Bar No. 20805)
**ICE MILLER LLP**
100 Light Street, Suite 1350
Baltimore, Maryland 21202
Phone: 410-951-5874
Kevin.Hroblak@IceMiller.com
Aaron.Casagrande@IceMiller.com
Michael.Collins@IceMiller.com

-and-

Jeffrey A. Hokanson (*pro hac vice* forthcoming)
**ICE MILLER LLP**
One American Square, Suite 2900
Indianapolis, IN 46282
Ph: 317-236-2236
Jeff.Hokanson@IceMiller.com

*Proposed Counsel for Debtor*

2

4869-2579-0627.1