# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **24–11528 – DER**   Chapter: **11**

**Provizor Federal, Inc.**
Debtor

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held on 2/27/24 at 10:30 AM in Courtroom 9–D, Baltimore – Judge Rice
to consider and act upon the following:

3 – Emergency Motion For Entry of Order (I) Authorizing the Debtor's Continued Use of Cash Management System, Bank Accounts, and Business Forms, (II) Authorizing the Debtor to Open and Close Bank Accounts, (III) Authorizing Banks to Honor Certain Payments, and (IV) Authorizing the Debtor's Continued Use of Credit Cards Filed by Provizor Federal, Inc.. (Attachments: # 1 Proposed Order # 2 Exhibit) (Hroblak, Kevin)

5 – Emergency Motion to Pay Pre–Petition Wages and Compensation, (II) Authorizing the Continuation of Employee Benefit Programs, (III) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations, and (IV) Granting Related Relief Filed by Provizor Federal, Inc.. (Attachments: # 1 Proposed Order) (Hroblak, Kevin)

6 – Emergency Motion for Entry of an Order (I) Authorizing the Debtor to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Related Prepetition Obligations, and (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, and (II) Granting Related Relief Filed by Provizor Federal, Inc.. (Attachments: # 1 Proposed Order) (Hroblak, Kevin)

7 – Emergency Motion to Extend Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) Granting Related Relief Filed by Provizor Federal, Inc.. (Attachments: # 1 Proposed Order) (Hroblak, Kevin)

10 – Emergency Motion For Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Financing; (II) Granting Security Interests and Superpriority Administrative Expense Status; (III) Granting Adequate Protection; (IV) Modifying Automatic Stay; (V) Authorizing Use of Cash Collateral; (VI) Scheduling a Final Hearing and (VII) Granting Related Relief Filed by Provizor Federal, Inc.. (Attachments: # 1 Proposed Order) (Hroblak, Kevin)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 2/26/24

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410–962–7769

Form ntchrgmdb (rev. 06/08/2020)