IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>**PROVIZOR FEDERAL, INC.,**<br><br>Debtor. | Case No. 24-11528<br><br>Chapter 11<br><br>Ref. Docket Nos. 2, 3, 4, 5, 6, 7, 10, 11, 12, 13 and 15 |

## OMNIBUS CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of February, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the following papers (collectively, the "First Day Filings"):

1. *Declaration of Justin Reaves in Support of Petition and First-Day Motions* [Docket No. 2];

2. *Debtor's Emergency Motion for Entry of Order (I) Authorizing the Debtor's Continued Use of Cash Management System, Bank Accounts, and Business Forms, (II) Authorizing the Debtor to Open and Close Bank Accounts, (III) Authorizing Banks to Honor Certain Payments, and (IV) Authorizing the Debtor's Continued Use of Credit Cards* [Docket No. 3];

3. *Motion for Admission Pro Hac Vice of Jeffrey A. Hokanson* [Docket No. 4]

4. *Debtor's Emergency Motion for Entry of an Order (I) Authorizing the Debtor to Pay Prepetition Wages and Compensation, (II) Authorizing the Continuation of Employee Benefit Programs, (III) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations, and (IV) Granting Related Relief* [Docket No. 5];

5. *Debtor's Emergency Motion for Entry of an Order (I) Authorizing the Debtor to (A) Continue Insurance Coverage Entered into Prepetition and Satisfy Related Prepetition Obligation, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, and (II) Granting Related Relief* [Docket No. 6];

6. *Debtor's Emergency Motion for Entry of an Order (I) Extending the Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) Granting Related Relief* [Docket No. 7];

1

7. *Debtor's <u>Emergency</u> Motion for Interim and Final Orders (I) Authorizing Debtor in Possession to Obtain Post-Petition Financing; (II) Granting Security Interests and Superpriority Administrative Expense Status; (III) Granting Adequate Protection; (IV) Modifying Automatic Stay; (V) Authorizing Use of Cash Collateral; (VI) Scheduling and Final Haring and (VII) Granting Related Relief* [Docket No. 10];

8. *Notice of First Day Hearing* [Docket No. 11];

9. *Application for Entry of an Order Authorizing the Employment and Retention of Ice Miller LLP as Counsel to the Debtor and Debtor-In Possession* [Docket No. 12];

10. *Application for Entry of an Order Authorizing the Employment and Retention of SC&H Group as Counsel to the Debtor and Debtor-In Possession* [Docket No. 13]; and

11. *Disclosure of Compensation of Attorney for Debtor Filed by Kevin G. Hroblak* [Docket No. 15],

will be served electronically by the Court's CM/ECF system on the following:

USTPRegion04.BA.ECF@USDOJ.GOV

I HEREBY FURTHER CERTIFY that copies of the First Day Filings were served on February 26, 2024 on the individuals and entities on the attached Master Service List: (1) by first class mail, postage pre-paid, and (2) by electronic mail to the individuals and entities with electronic mail addresses on the Master Service List.

[SIGNATURES ON NEXT PAGE]

4871-0110-7621.1

Dated: February 26, 2024          Respectfully submitted,

    /s/ *Aaron L. Casagrande*
Kevin G. Hroblak (Bar No. 26180)
Aaron L. Casagrande (Bar No. 28518)
Michael P. Collins, Jr. (Bar No. 20805)
**ICE MILLER LLP**
100 Light Street, Suite 1350
Baltimore, Maryland 21202
Phone: 410-951-5874
Kevin.Hroblak@IceMiller.com
Aaron.Casagrande@IceMiller.com
Michael.Collins@IceMiller.com

-and-

Jeffrey A. Hokanson (*pro hac vice* pending)
**ICE MILLER LLP**
One American Square, Suite 2900
Indianapolis, IN 46282
Ph: 317-236-2236
Jeff.Hokanson@IceMiller.com


*Proposed Counsel for Debtor*

3

## MASTER SERVICE LIST

| Mailing Address | Email Address |
|---|---|
| ADP<br>5680 New Northside Dr.<br>Atlanta, GA 30328 | |
| Akerman LLP<br>c/o Jonathan Beckham<br>PO Box 4906<br>Orlando, FL 32802 | Jonathan.beckham@akerman.com |
| American Express<br>PO Box 1270<br>Newark, NJ 07101 | |
| Arc Consulting Group LLC<br>c/o Justin Reaves<br>9210 Fox Stream Way<br>Upper Marlboro, MD 20772 | jreaves21@gmail.com |
| Arnold & Porter Kaye Scholer LLP<br>PO Box 19451<br>Philadelphia, PA 19171-9451 | invoice@arnoldporter.com |
| CareFirst BlueChoice<br>c/o Lisa Miller<br>PO Box 70250<br>Philadelphia, PA 19176-0250 | lisa.miller@carefirst.com |
| Dell Financial Services<br>PO Box 5292<br>Carol Stream, IL 60197-5292 | dfs@dell.com |
| First Insurance Funding<br>PO Box 7000<br>Carol Stream, IL 60197-7000 | cs@firstinsurancefunding.com |
| Impel Capital Management LLC<br>7500 Montpeller Rd<br>Laurel, MD 20723 | |

| | |
|---|---|
| Impel Capital Management LLC<br>c/o Scott Patrick Burns<br>Tydings & Rosenberg LLP<br>One East Pratt Street, Suite 901<br>Baltimore, MD 21202 | sburns@tydings.com |
| JBS & Company LLC<br>101 Log Canoe Cir Ste D<br>Stevensville, MD 21666 | zmcmahan@jbs-cpa.com |
| JP Morgan Chase Bank, N.A.<br>c/o Adrienne V. Hawkins, Esq.<br>Assistant General Counsel<br>480 Washington Blvd., Floor 23<br>Jersey City, NJ 07310 | Adrienne.V.Hawkins@chase.com |
| Kim G Conley<br>1001 McKean Ave<br>Charleroi, PA 15022 | kconley@provizorfederal.com |
| Kore Capital Corporation<br>6701 Democracy Boulevard, Suite 300<br>Bethesda, MD 20817 | |
| Kore Capital Corporation<br>c/o David S. Musgrave, Esq.<br>Gordon Feinblatt LLC<br>1001 Fleet Street, Suite 700<br>Baltimore, MD 21202 | dmusgrave@gfrlaw.com |
| Loyal Source Government Services LLC<br>12612 Challenger Pkwy #365<br>Orlando, FL 32826 | |
| Loyal Source Government Services LLC<br>c/o Strider Dickson<br>McAllister, DeTar, Showalter & Walker LLC<br>706 Giddings Avenue, Suite 305<br>Annapolis, MD 21401 | sdickson@mdswlaw.com |
| Loyal Source Government Services LLC<br>c/o Robert P. Charbonneau<br>Agentis Law<br>45 Almeria Avenue<br>Coral Gables, FL 33134 | rpc@agentislaw.com |

| | |
|---|---|
| Office of the United States Trustee<br>c/o Hugh M. Bernstein<br>101 West Lombard Street, Suite 2625<br>Baltimore, MD 21202 | hugh.m.bernstein@usdoj.gov |
| Owia Technology<br>1101 Connecticut Ave #450<br>Washington, DC 20036 | rhonda@owiatech.com |
| Penan & Scott<br>1451 Rockville Pike, Suite 400<br>Rockville, MD 20852 | |
| Provizor Federal, Inc.<br>6700 Alexander Bell Drive, Suite 200<br>Columbia, MD 21046 | |
| Relias LLC<br>PO Box 74008620<br>Chicago, IL 60674-8620 | ar@relias.com |
| Ronda B Esaw Esq<br>1802 Vernon St NW<br>Washington, DC 20009 | ronda@esawlaw.com |
| Sheppard Mullin Richter & Hampton LLP<br>333 S Hope St 43rd Fl<br>Los Angeles, CA 90071 | armbx@sheppardmullin.com |
| Smart Pay Solutions<br>470 James Street, Suite 007<br>New Haven, CT 06513 | support@smartpayllc.com |
| The Hartford<br>PO Box 783690<br>Philadelphia, PA 19178-3690 | gb.premium@thehartford.com |
| XTIVIA Inc<br>2035 Lincoln Hwy #1010<br>Edison, NJ 08817 | accountsreceivable@xtivia.com |