United States Bankruptcy Court

District of Maryland

In re: | Case No. 24-11528-DER

Provizor Federal, Inc. | Chapter 7

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1 | User: admin | Page 1 of 2

Date Rcvd: Mar 30, 2026 | Form ID: pdfall | Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2026:**

**Recip ID              Recipient Name and Address**
db                   #+  Provizor Federal, Inc., 6700 Alexander Bell Drive, Suite 200, Columbia, MD 21046-2105

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2026 | Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Aaron L. Casagrande
                                  Aaron.casagrande@Icemiller.com

Addison J. Chappell
                                  achappell@milesstockbridge.com

Bradley David Jones
                                  brad.jones@stinson.com

Catherine Keller Hopkin
                                  chopkin@yvslaw.com
                                  pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com

District/off: 0416-1                          User: admin                              Page 2 of 2
Date Rcvd: Mar 30, 2026                        Form ID: pdfall                        Total Noticed: 1

Daniel Joseph Zeller
                    djz@shapirosher.com  ejd@shapirosher.com

David J. Shuster
                    dshuster@kg-law.com  ssohn@kg-law.com

David Simson Musgrave
                    dmusgrave@gfrlaw.com  jojones@gfrlaw.com

Hugh M. (UST) Bernstein
                    hugh.m.bernstein@usdoj.gov

Jean Evelyn Lewis
                    jlewis@kg-law.com  swisthoff@kg-law.com

John Fitzgerald Dougherty
                    jdougherty@kg-law.com

Jonathan Lawrence Gold
                    jgold@baileyglasser.com  sbrogi@dickinson-wright.com

Jung Yong Lee
                    jlee@milesstockbridge.com  mhickman@tydings.com

Justin Philip Fasano
                    jfasano@mhlawyers.com
                    jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003
                    @notify.bestcase.com

Kevin G. Hroblak
                    kevin.hroblak@icemiller.com  madelin.hill@icemiller.com

Lauren Lake
                    llake@gfrlaw.com  alazo@gfrlaw.com

Lisa Yonka Stevens
                    lstevens@milesstockbridge.com

Martinis Montrelle Jackson
                    martinis.jackson@jlegalservices.com

Michael Collins
                    michael.collins@icemiller.com

Morgan W. Fisher
                    trustee@morganfisherlaw.com  MD65@ecfcbis.com,fisher@premierremote.com

Patricia B. Jefferson
                    pjefferson@milesstockbridge.com

Paul Sweeney
                    psweeney@yvslaw.com
                    jbeckman@yvslaw.com,pgomez@yvslaw.com,cadams@yvslaw.com,sweeneypr39990@notify.bestcase.com,r39990@notify.bestc
                    ase.com,vmichaelides@yvslaw.com

Richard J Hackerman
                    Richard@RichardHackerman.com  6923530420@filings.docketbird.com,Hackerman.RichardR106256@notify.bestcase.com

Richard Marc Goldberg
                    rmg@shapirosher.com  ejd@shapirosher.com

Robert Paul Charbonneau
                    rpc@agentislaw.com  bankruptcy@agentislaw.com,nsocorro@agentislaw.com

Shelby Kostolni
                    shelby.kostolni@stinson.com

Stephen A. Metz
                    smetz@offitkurman.com  mmargulies@offitkurman.com,lydia.yale@offitkurman.com

Strider Dickson
                    sdickson@mdswlaw.com

US Trustee - Baltimore
                    USTPRegion04.BA.ECF@USDOJ.GOV


TOTAL: 28

Entered: March 30th, 2026
Signed: March 27th, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | |
|---|---|
| In re:<br><br>PROVIZOR FEDERAL, INC.,<br><br>    Debtor. | Case No. 24-11528-DER<br><br>Chapter 7 |
| Strategic Resources, Inc., and North East South West Healthcare Solutions, Inc., Movants,<br><br>vs.    Provizor Federal, Inc., and Morgan W. Fisher, Chapter 7 Trustee, Respondents. | |

### ORDER GRANTING
### MOTION OF STRATEGIC RESOURCES, INC. AND NORTH
### EAST SOUTH WEST HEALTHCARE SOLUTIONS, LLC
### FOR RELIEF FROM STAY TO AMEND THE JOINT
### VENTURE AGREEMENT TO REMOVE DEBTOR AS A MEMBER

UPON CONSIDERATION OF the Motion for Relief from Stay to Amend Joint Venture

Agreement to Remove Debtor as a Member (the "Motion")[1] filed by Strategic Resources, Inc.

("SRI") and North East South West Healthcare Solutions, LLC ("NESW," and with SRI,

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

collectively, the "Movants"), creditors and parties in interest in the above captioned matter, this Court finding and determining that: (a) the Motion was properly noticed as set forth in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules of this Court, (b) that no responses or objections were filed to the Motion, (c) the Agreement (as defined in the Motion) is an "executory contract" as that term is used in Section 365 of the Bankruptcy Code, and (d) for the reasons stated in the Motion, good and sufficient cause exists to grant the relief requested in the Motion, including, without limitation, vacating and terminating the automatic stay to permit the Movants to take any and all action to amend the Agreement to remove the Debtor as a member and to terminate all rights afforded the Debtor by the Agreement, IT IS HEREBY:

ORDERED, that the foregoing findings and determinations are incorporated into this Order; and it is further

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the automatic stay referenced in section 362(a) of the Bankruptcy Code hereby is VACATED and TERMINATED to permit, without further notice, application or motion to, or order from, this Court: (1) the Movants to take any and all action to amend, or otherwise modify or terminate as necessary, the Agreement to remove the Debtor as a member of NESW and to terminate all rights afforded the Debtor by the Agreement; and (2) permit any state or federal government agency and/or any court of competent jurisdiction to take any and all action to effectuate such amendment, modification or termination, to the extent necessary; and it is further

ORDERED, that this Order shall be effective and enforceable immediately upon entry and shall not be stayed pursuant to any applicable Federal Rules of Bankruptcy Procedure.

#END OF ORDER#

2

cc:    Hugh M. Bernstein
Office of U.S. Trustee
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201
hugh.m.bernstein@usdoj.gov

Aaron L. Casagrande
Kevin G. Hroblak
Ice Miller LLP
100 Light Street
Suite 2700
Baltimore, MD 21202
Aaron.casagrande@Icemiller.com
kevin.hroblak@icemiller.com

Morgan W. Fisher
Law Offices of Morgan Fisher LLC
18 West St
Annapolis, MD 21401
trustee@morganfisherlaw.com

Richard Marc Goldberg
Shapiro Sher Guinot & Sandler
250 W. Pratt Street
Suite 2000
Baltimore, MD 21201
rmg@shapirosher.com

Jean Evelyn Lewis
John Fitzgerald Dougherty
David J. Shuster
Kramon & Graham, P.A.
750 East Pratt Street
Suite 1100
Baltimore, MD 21202
jlewis@kg-law.com
jdougherty@kg-law.com
dshuster@kg-law.com