IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND (Baltimore Division)

IN RE: PROVIZOR FEDERAL, INC., *Debtor.*

Case No.: 24-11528-DER

(Chapter 7)

## LONNIE CHESTNUT III'S RESPONSES TO THE TRUSTEE'S EXAMINER DOCUMENT REQUESTS PURSUANT TO ORDER APPROVING STIPULATION (DKT. NO. 464)

Respondent, Lonnie Chestnut III, appearing *pro se*, hereby submits his Responses to the Document Requests contained within the Trustee's Motion for Rule 2004 Examination. These responses are made to the best of Respondent's knowledge, information, and belief, following a diligent search and reasonable inquiry, and are explicitly modified and limited by the Court-approved Stipulation and Order entered on July 8, 2025 (Dkt. No. 464):

## RESPONSE TO REQUEST NO. 1

*(Organizational documents/agreements for You)*

**Response:** Pursuant to Paragraph 3(a) of the Court's Order, this request is strictly limited to the production of the Operating Agreement (including any amendments) for Impel Capital Management, LLC. To the best of Respondent's knowledge, information, and belief, and after a diligent search, Respondent does not personally possess an independent copy of this corporate document within his individual custody or control.

## RESPONSES TO REQUEST NOS. 2 THROUGH 15

*(Financial Documents and contracts/agreements regarding the Debtor, OMV Holdings, Impel Capital, Impel Management, and LCMH)*

**Response:** Pursuant to Paragraph 3(b) of the Court's Order, Respondent has conducted a diligent search and reasonable inquiry of the files and records within his possession, custody, and access. To the best of Respondent's knowledge, information, and belief, no other responsive documents exist except for the following specific items which are being produced herewith:

1. **In response to Request No. 2:** A payroll history report for the Debtor reflecting compensation data. Unrelated third-party employee names, compensation figures, and sensitive identifying details have been strictly redacted to protect personal privacy.
2. **In response to Request Nos. 3 and 4:** A board presentation containing financial information for OMV Holdings, LLC.

3. **In response to Request No. 8:** Credit card statements for Impel Capital Management, LLC within Respondent's possession or access. Sensitive account numbers and unrelated commercial transactions have been redacted.

Subject to the production of these specific records, to the best of Respondent's knowledge, information, and belief, no other corporate contracts, consulting agreements, or financial ledger transfers regarding these specific entities exist within his individual possession, custody, or control.

## RESPONSES TO REQUEST NOS. 16 THROUGH 20

*(Invoices for amounts owed by the Debtor to various entities)*

**Response:** Pursuant to Paragraph 3(c) of the Court's Order, this obligation applies solely to Impel Capital Management, LLC to provide its monthly outgoing invoices sent to the Debtor. To the best of Respondent's knowledge, information, and belief, Respondent, in his individual capacity, possesses no personal invoices for amounts owed by the Debtor.

## RESPONSES TO REQUEST NOS. 21 THROUGH 25

*(Tax returns, K-1s, and 1099s for You and the listed entities)*

**Response:** Pursuant to Paragraph 3(d) of the Court's Order, Respondent's tax production is strictly limited to tax information reflecting distributions or income received from: (1) the Debtor; (2) OMV Holdings, LLC; (3) Impel Capital LLC; or (4) LCMH, LLC. Respondent has conducted a diligent search and, to the best of his knowledge, information, and belief, states that he possesses no tax return information, W-2s, 1099s, or Schedule K-1 forms reflecting any such income or distributions. No responsive documents exist within Respondent's possession, custody, or control.

## RESPONSES TO REQUEST NOS. 26 THROUGH 30

*(Bank statements for You and the listed entities)*

**Response:** Pursuant to Paragraph 3(e) of the Court's Order, Respondent's bank statement production is strictly limited to statements showing distributions, deposits, or transfers from: (1) the Debtor; (2) OMV Holdings, LLC; (3) Impel Capital LLC; or (4) LCMH, LLC. Respondent has conducted a diligent search of his personal banking records and, to the best of his knowledge, information, and belief, states that he possesses no bank statements showing any such distributions or deposits. No responsive documents exist within Respondent's possession, custody, or control.

Dated: May 26, 2026

Respectfully submitted,

Lonnie Chestnut III, Respondent *Pro Se*

5020 Oxfordshire Rd.

Waxhaw, NC 28173

803-261-3754

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of May, 2026, a true and correct copy of the foregoing Responses, **along with the redacted responsive documents produced therewith,** was served via U.S. First-Class Mail, postage prepaid, upon the following counsel of record for the Chapter 7 Trustee:

Richard M. Goldberg, Esq.

Daniel J. Zeller, Esq.

Shapiro Sher Guinot & Sandler

250 W. Pratt Street, Suite 2000

Baltimore, Maryland 21201

Lonnie Chestnut III