Entered: August 26th, 2026
Signed: August 26th, 2026

**SO ORDERED**

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>PROVIZOR FEDERAL, INC.,<br><br>Debtor. | Case No. 24-11528-DER<br><br>Chapter 7 |

**STIPULATION AND CONSENT ORDER EXTENDING TIME FOR LOYAL SOURCE GOVERNMENT SERVICES, LLC TO RESPOND TO TRUSTEE'S AMENDED MOTION (I) FOR APPROVAL OF SETTLEMENT AND COMPROMISE OF CONTROVERSIES BETWEEN THE TRUSTEE AND KORE CAPITAL CORPORATION AND (II) AUTHORIZING SALE OF PENDING CAUSES OF ACTION FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS**

WHEREAS Morgan W. Fisher, Chapter 7 Trustee for Provizor Federal, Inc. (the "Trustee") filed the Amended Motion (I) for Approval of Settlement and Compromise of Controversies Between the Trustee and KORE Capital Corporation and (II) Authorizing Sale of Pending Causes of Action Free and Clear of Liens, Claims, Encumbrances and Interests [Dkt. No. 567] (the "Motion"), and

WHEREAS, Loyal Source Government Services, LLC ("Loyal Source") requested an extension of time to file a response to the Motion; and

WHEREAS, the Trustee does not object to such extension and postponement as set forth in this Stipulation;

It is hereby **ORDERED**, that the deadline for Loyal Source to respond to the Motion is hereby extended through and including August 27, 2026.

**Seen and consented to:**

*/s/ Addison J. Chappell*
Addison J. Chappell, Esq.
Fed Bar No.: 21852
Patricia B. Jefferson, Esq.
Fed Bar No. 27668
MILES & STOCKBRIDGE P.C.
100 Light Street, 7th Floor
Baltimore, Maryland 21202
Phone: (410) 385-3481
achappell@milesstockbridge.com
pjefferson@milesstockbridge.com

*Counsel for Loyal Source Government Services, LLC.*

*/s/ Richard M. Goldberg (via email on 8/25/26)*
Richard M. Goldberg, Esq.
Fed. Bar No. 07994
Shapiro Sher Guinot and Sandler
250 West Pratt Street, Suite 2000
Baltimore, MD 21201
Phone: 410-385-4274
rmg@shapirosher.com

*Counsel for Morgan W. Fisher, Chapter 7 Trustee*

I HEREBY CERTIFY that the terms of the copy of the Stipulation and Consent Order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ _____________ on this copy reference the signatures of consenting parties on the original consent order.

*/s/ Addison J. Chappell*
Addison J. Chappell

cc: All parties receiving notice via CM/ECF

*****END OF ORDER*****